JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJI KITCHEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE JAIME,<br><br>　　　　　Respondent. | Case No. CV 18-6514-JEM (JEM)<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Petition and Denying Certificate of Appealability filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 16, 2021　　　　　　　　　　/s/ John E. McDermott
　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE